UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH CRAWFORD and
DANETTE LEE,                                  Case No.  04-73856

       Plaintiffs,
v.                                            District Judge George Caram Steeh
                                              Magistrate Judge R. Steven Whalen

WASHINGTON MUTUAL, INC.,

       Defendants.
_____/

## ORDER DISMISSING PLAINTIFF'S MOTIONS

Upon the filing of Plaintiff's written request that Plaintiff's Motion to Compel Answers to Interrogatories (docket #17) be withdrawn as parties have resolved the issues and the Court being fully advised in the premises;

IT IS HEREBY ORDERED Plaintiff's Motions to Compel Answers to Interrogatories (docket #17) is   hereby DISMISSED without prejudice.


                                      s/R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated:  November 22, 2005

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the

attorneys and/or parties of record by electronic means or U.S. Mail on November 22, 2005.

                                                   s/Gina Wilson
                                                 Judicial Assistant